# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page No: 1

| | |
|---|---|
| **Case No.:** | 10-00099-PMG |
| **Case Name:** | HAMRICK, PAUL ALLEN |
| **For the Period Ending:** | 9/30/2011 |

| | |
|---|---|
| **Trustee Name:** | Robert Altman |
| **Date Filed (f) or Converted (c):** | 01/08/2010 (f) |
| **§341(a) Meeting Date:** | 02/19/2010 |
| **Claims Bar Date:** | 02/10/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1. 4334-301 Plaza Gate Ln. Jacksonville, FL 32217 | $75,000.00 | $0.00 | DA | $0.00 | FA |
| 2. 8118 Baymeadows Circle East, #7 Jacksonville, FL 32256 | $80,000.00 | $0.00 | DA | $0.00 | FA |
| 3. Blender, kitchen table w/ 2 chairs, coffee maker, food processor, microwave, mixer, pots & pans, refrigerator, television, toaster, utensils, brick-a-brac, coffee table, curtains, lamps, mirrors, pictures, sofa, TV, DVD player, dining table w/ 6 chairs, china cabinet, 4 porch chairs, 2 beds, bedding, chest of drawers, desk, mattresses, 2 night stands, radio, telephone, TV, hair dryer, shower curtain, towels, linens | $1,044.00 | $0.00 | DA | $0.00 | FA |
| 4. Men's clothes | $93.00 | $0.00 | DA | $0.00 | FA |
| 5. 2002 Lincoln Towncar - 98,000 miles | $5,625.00 | $0.00 | DA | $0.00 | FA |
| 6. 2003 Volkswagen Jetta GLI (u) | $0.00 | $4,000.00 | | $1,666.70 | $2,333.30 |
| INT. Interest Earned (u) | Unknown | Unknown | | $0.12 | Unknown |
| **TOTALS (Excluding unknown value)** | $161,762.00 | $4,000.00 | | $1,666.82 | **Gross Value of Remaining Assets** $2,333.30 |

**Major Activities affecting case closing:**

Trustee's Objection to Debtor's Claim of Exemptions filed March 4, 2010 regarding 1/2 interest in 2002 Lincoln Towncar.

Trustee's Motion to Compel Debtor to Turnover Property to the Trustee filed March 4, 2009 regarding 1/2 interest in 2002 Lincoln Towncar; 2003 Volkswagen Jetta GLI; 2009 federal income tax return and refund.

Order Sustaining Trustee's Objection to Debtor's Claim of Exemptions signed April 12, 2011. The Order provides that the Debtor's one-half (½) interest in the 2002 Lincoln Towncar is exempt pursuant to Fla. Stat. §222.25(1) and pursuant to Fla. Stat. §222.25(4). Any other exemptions claimed by the Debtor but objected to by the Trustee are disallowed. The Debtor shall purchase the non-exempt property listed below for the total sum of $4,000.00. Payments shall be made in 12 equal monthly installments of $333.34 beginning May 1, 2011 and continuing on the first day of each successive month thereafter until paid in full: 2003 Volkswagen Jetta GLI.

| Case No.: | 10-00099-PMG | Trustee Name: | Robert Altman |
|---|---|---|---|
| Case Name: | HAMRICK, PAUL ALLEN | Date Filed (f) or Converted (c): | 01/08/2010 (f) |
| For the Period Ending: | 9/30/2011 | §341(a) Meeting Date: | 02/19/2010 |
| | | Claims Bar Date: | 02/10/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. DA=§ 554(c) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):** 07/01/2012     **Current Projected Date Of Final Report (TFR):**     /s/ ROBERT ALTMAN

ROBERT ALTMAN

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 1

| Case No. | 10-00099-PMG | Trustee Name: | Robert Altman |
|---|---|---|---|
| Case Name: | HAMRICK, PAUL ALLEN | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | 61-6421102 | Checking Acct #: | ******9901 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 10/1/2010 | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 9/30/2011 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/29/2011 | | STERLING BANK | Transfer Funds | 9999-000 | $1,333.48 | | $1,333.48 |
| 08/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $0.20 | $1,333.28 |
| 09/19/2011 | (6) | Doug Hamrick | buyback | 1229-000 | $333.34 | | $1,666.62 |
| 09/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $2.44 | $1,664.18 |
| | | | TOTALS: | | $1,666.82 | $2.64 | $1,664.18 |
| | | | Less: Bank transfers/CDs | | $1,333.48 | $0.00 | |
| | | | Subtotal | | $333.34 | $2.64 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $333.34 | $2.64 | |

**For the period of 10/1/2010 to 9/30/2011**

| | |
|---|---|
| Total Compensable Receipts: | $333.34 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $333.34 |
| Total Internal/Transfer Receipts: | $1,333.48 |
| Total Compensable Disbursements: | $2.64 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2.64 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 08/29/2011 to 9/30/2011**

| | |
|---|---|
| Total Compensable Receipts: | $333.34 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $333.34 |
| Total Internal/Transfer Receipts: | $1,333.48 |
| Total Compensable Disbursements: | $2.64 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2.64 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 2

| | |
|---|---|
| Case No. | 10-00099-PMG |
| Case Name: | HAMRICK, PAUL ALLEN |
| Primary Taxpayer ID #: | 61-6421102 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 10/1/2010 |
| For Period Ending: | 9/30/2011 |

| | |
|---|---|
| Trustee Name: | Robert Altman |
| Bank Name: | STERLING BANK |
| Money Market Acct #: | ******0099 |
| Account Title: | |
| Blanket bond (per case limit): | $1,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/03/2011 | (6) | Paul Hamrick | buyback | 1229-000 | $333.34 | | $333.34 |
| 05/31/2011 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.01 | | $333.35 |
| 06/06/2011 | (6) | Paul Allen Hamrick | buyback | 1229-000 | $333.34 | | $666.69 |
| 06/30/2011 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.02 | | $666.71 |
| 07/08/2011 | (6) | Paul Hamrick | buyback | 1229-000 | $333.34 | | $1,000.05 |
| 07/29/2011 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $0.04 | | $1,000.09 |
| 08/05/2011 | (6) | Paul A. Hamrick | buyback | 1229-000 | $333.34 | | $1,333.43 |
| 08/29/2011 | (INT) | STERLING BANK | Interest Earned For August 2011 | 1270-000 | $0.05 | | $1,333.48 |
| 08/29/2011 | | Green Bank | Transfer Funds | 9999-000 | | $1,333.48 | $0.00 |
| | | | TOTALS: | | $1,333.48 | $1,333.48 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $1,333.48 | |
| | | | Subtotal | | $1,333.48 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $1,333.48 | $0.00 | |

**For the period of 10/1/2010 to 9/30/2011**

| | |
|---|---|
| Total Compensable Receipts: | $1,333.48 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,333.48 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $1,333.48 |

**For the entire history of the account between 05/03/2011 to 9/30/2011**

| | |
|---|---|
| Total Compensable Receipts: | $1,333.48 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,333.48 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $1,333.48 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 3

| | | |
|---|---|---|
| **Case No.** | 10-00099-PMG | |
| **Case Name:** | HAMRICK, PAUL ALLEN | |
| **Primary Taxpayer ID #:** | 61-6421102 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 10/1/2010 | |
| **For Period Ending:** | 9/30/2011 | |

| | |
|---|---|
| **Trustee Name:** | Robert Altman |
| **Bank Name:** | STERLING BANK |
| **Money Market Acct #:** | ******0099 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $1,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $1,666.82 | $2.64 | $1,664.18 |

| For the period of 10/1/2010 to 9/30/2011 | | For the entire history of the case between 01/08/2010 to 9/30/2011 | |
|---|---|---|---|
| Total Compensable Receipts: | $1,666.82 | Total Compensable Receipts: | $1,666.82 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,666.82 | Total Comp/Non Comp Receipts: | $1,666.82 |
| Total Internal/Transfer Receipts: | $1,333.48 | Total Internal/Transfer Receipts: | $1,333.48 |
| | | | |
| Total Compensable Disbursements: | $2.64 | Total Compensable Disbursements: | $2.64 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2.64 | Total Comp/Non Comp Disbursements: | $2.64 |
| Total Internal/Transfer Disbursements: | $1,333.48 | Total Internal/Transfer Disbursements: | $1,333.48 |